T. Foster #800636
1001 Olivesburg Road
Mansfield, OH 44905

Inmate
Correspond
RICI



US POSTAGE — PITNEY BOWES
ZIP 44903 $ 002.31
0000374810 JAN 23 2025

Office of the Clerk
United State District Court
801 W. Superior Avenue
Cleveland, Ohio 44113-1830