FILED
JAN 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# CIVIL FEE WAIVER AFFIDAVIT AND ORDER

IN **United States District Court Northern District of Ohio**

| | |
|---|---|
| TERRY FOSTER<br>Plaintiff, | CASE NO. **1:25 CV 00139**<br>JUDGE **JUDGE BRENNAN** |
| vs. | |
| GRAY Local Media, INC<br>Defendant. | **FINANCIAL DISCLOSURE / FEE-WAIVER AFFIDAVIT AND ORDER** |

Pursuant to R.C. 2323.311, the below-named Applicant requests that the Court determine that the Applicant is an indigent litigant and be granted a waiver of the prepayment of costs or fees in the above captioned matter. The Applicant submits the following information in support of said request.

## Personal Information

| Applicant's First Name | Applicant's Last Name |
|---|---|
| TERRY | FOSTER |
| Applicant's Date of Birth | Last 4 Digits of Applicant's SSN |
| 4/15/68 | 6402 |

Applicant's Address

## Other Persons Living in Your Household

| First Name | Last Name | Is this person a child under 18? | Relationship (Spouse or Child) |
|---|---|---|---|
| N/A | | ☐ Yes ☐ No | |
| N/A | | ☐ Yes ☐ No | |
| | | ☐ Yes ☐ No | |

## Public Benefits

I receive the following public benefits and my gross income, including the cash benefits marked below, does not exceed **187.5%** of the federal poverty guidelines. N/A

Place an "X" next to any benefits you receive.

Ohio Works First[1]: ☐  SSI[2]: ☐  Medicaid[3]: ☐  Veterans Pension Benefit[4]: ☐  SNAP / Food Stamps[5]: ☐

## Monthly Income

I am **NOT** able to access my spouse's income ☐

| | Applicant | Spouse (If Living in Household) | Total Monthly Income |
|---|---|---|---|
| N/A | | | |

| Type of Income | | | |
|---|---|---|---|
| Gross Monthly Employment Income, including Self-Employment Income (Before Taxes) | $ N/A | $ | $ |
| Unemployment, Worker's Compensation, Spousal Support (If Receiving) | $ | $ | $ |
| TOTAL MONTHLY INCOME | | | $ |

### Liquid Assets

| Type of Asset | Estimated Value |
|---|---|
| Cash on Hand | $ |
| Available Cash in Checking, Savings, Money Market Accounts | $ N/A |
| Stocks, Bonds, CDs | $ |
| Other Liquid Assets | $ |
| Total Liquid Assets | $ |

### Monthly Expenses

| Column A | | Column B | |
|---|---|---|---|
| Type of Expense | Amount | Type of Expense | Amount |
| Rent / Mortgage / Property Tax / Insurance | $ N/A | Insurance (Medical, Dental, Auto, etc.) | $ N/A |
| Food / Paper Products/Cleaning Products/Toiletries | $ | Child or Spousal Support that You Pay | $ |
| Utilities (Heat, Gas, Electric, Water / Sewer, Trash) | $ | Medical / Dental Expenses or Associated Costs of Caring for a Sick or Disabled Family Member | $ |
| Transportation / Gas | $ | Credit Card, Other Loans | $ |
| Phone | $ | Taxes Withheld or Owed | $ |
| Child Care | $ | Other (e.g. garnishments) | $ |
| Total Column A Expenses | $ | Total Column B Expenses | $ |
| TOTAL MONTHLY EXPENSES (Column A + Column B) | | | |

I, **TERRY FOSTER** , hereby certify that the information I have provided on
(Print Name)
this financial disclosure form is true to the best of my knowledge and that I am unable to prepay the costs or fees in this case.

_____
Signature

**NOTARY PUBLIC:**
Sworn to before me and signed in my presence this **7th** day of **January**, 20**24**,
in **Richland** County, Ohio.

KELLI ROSE
Notary Public
State of Ohio
My Comm. Expires
May 17, 2025
Notary Public (Signature)

KELLI ROSE
Notary Public (Printed)
My Commission expires: 5/17/25
Richland Ohio

If available, an individual duly authorized to administer this oath at the Clerk of Court's Office will do so at no cost to the Applicant.