State of Ohio : _____ Court
: SS
County of _Richland_ : Case No. _____

## POVERTY AFFIDAVIT

I, _Terry Foster_ (print name), being first duly sworn, depose and say that I am the _Plaintiff_ (plaintiff or defendant) in this case and do not have sufficient funds to pay the fines and costs imposed in my case. I submit the following information in support of my allegation of poverty.

GROSS MONTHLY INCOME:
   From Employment:
      Amount: _0_ Place of Employment: _____

   From Other Sources:
      Amount: _0_ Source: _____

   Number of Dependents: _____

ASSETS:
   Cash on Hand or on Deposit: _0_
   Real Estate: Address: _N/A_
      Market Value: _____
      Mortgage Owed: _____

   Automobile: Year & Make: _N/A_
      Market Value: _____
      Balance Owed: _____

   Other: Description: _____
      Approximate Market Value: _____

I hereby represent that the information set forth above concerning my financial condition is true and complete to the best of my knowledge and belief.

_____
Signature

SWORN TO, BEFORE ME, and subscribed in my presence this _7th_ day of _January_, 20_25_

[Notary seal: Kelly Ross, Notary Public, State of Ohio, My Comm. Expires May 17, 2025]

1-7-25
Richland
Ohio

## ORDER

☐ Upon the request of the Applicant and the Court's review, the Court finds that the Applicant IS an indigent litigant and **GRANTS** a waiver of the prepayment of costs or fees in this matter. Pursuant to R.C. 2323.311(B)(3), upon the filing of a civil action or proceeding and the affidavit of indigency under division (B)(1) of this section, the clerk of the court shall accept the action, motion, or proceeding for filing.

☐ Upon the request of the Applicant and the Court's review, the Court finds that the Applicant is NOT an indigent litigant and **DENIES** a waiver of the prepayment of costs or fees in this matter. Applicant is granted thirty (30) days from the issuance of this Order to make the required advance deposit or security. Failure to do so within the time allotted may result in dismissal of the applicant's filing.

IT IS SO ORDERED

_____                    _____
Judge / Magistrate                                      Date

[Effective: April 15, 2020.]